# In the United States Court of Federal Claims

No. 17-436L
(Filed: February 8, 2021)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
LEMON BAY COVE, LLC,                          *
                                              *
              Plaintiff,                      *
                                              *
       v.                                     *
                                              *
THE UNITED STATES,                            *
                                              *
              Defendant.                      *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

On February 5, 2021, the Court orally directed the parties to file simultaneous post-trial briefs 45 days after the Court issues its order on Defendant's Renewed Motion in Limine to Deem Historical Documents Admitted.  The parties may request leave to file a responsive brief.  Closing arguments will be scheduled once the briefing is completed.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Senior Judge**